427 A.2d 267

Rose et vir, Appellants, v. St. Francis Hospital.
Reargument Denied Aug. 4, 1980.

Argued November 12, 1979. Kenneth E. Behrend, for appellants; John W. Jordan, IV, for appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Order and judgment affirmed.